UNITED STATES of America,
Plaintiff–Appellee,

v.

Michael Scott McRAE, Defendant–
Appellant.

No. 10–6099.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 30, 2010.

Decided: April 12, 2010.

Michael Scott McRae, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Scott McRae appeals the district court's order finding him ineligible for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. McRae*, No. 5:97–cr–00094–H–6 (E.D.N.C. Dec. 30, 2009). We deny McRae's motion to hold his appeal in abeyance and dis-

pense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*